Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

District of Colorado

Case No.: 24–13244–MER
Chapter: 7
Judge: Michael E. Romero

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Monica Denise Arrieta
mem KAMO Ventures LLC
4 Deer Run Court
Pueblo, CO 81001

Kami Sue Arrieta
mem KAMO Ventures LLC
4 Deer Run Court
Pueblo, CO 81001

Social Security / Individual Taxpayer ID No.:
xxx–xx–2375                              xxx–xx–3487

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). Filed by US Trustee UST Motion to Dismiss or Convert under Sec. 707(b)(2) or Statement Why Such Motion is Inappropriate due by 08/26/2024. (US Trustee)

Dated: 7/25/24

United States Trustee